UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| YOR-WIC CONSTRUCTION COMPANY, INC. | CIVIL ACTION NO. 17-0224 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| ENGINEERING DESIGN TECHNOLOGIES, INC. | MAG. JUDGE KAREN HAYES |

# ORDER

The Report and Recommendation of the Magistrate Judge (Record Document 24) having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the Motion to Remand (Record Document 10) filed by plaintiff Yor-Wic Construction Company, Inc. be and is hereby **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this the 9th day of August, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE