**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| YOR-WIC CONSTRUCTION CO., INC. | CIVIL ACTION NO. 17-0224 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| ENGINEERING DESIGN TECHNOLOGIES, INC., ET AL. | MAGISTRATE JUDGE HAYES |

**ORDER**

Based on the foregoing Memorandum Ruling,

**IT IS ORDERED** that United Fire's Motion for Summary Judgment (Record Document 98) is **GRANTED** and all claims asserted against it are hereby **DISMISSED WITH PREJUDICE**. Further, EDT's Motion for Summary Judgment (Record Document 97) is **GRANTED IN PART AND DENIED IN PART**. EDT's Motion is **GRANTED** as to Yor-Wic's suspensive condition claim and Fidelity's material alteration claim; thus, said claims, in addition to Yor-Wic's counteroffer claim, are hereby **DISMISSED WITH PREJUDICE**. EDT's Motion is **DENIED** as to Yor-Wic's subjective novation claim and Fidelity's defense of late notice. Additionally, Yor-Wic's Motion for Partial Summary Judgment (Record Document 100) and Fidelity's Motion for Summary Judgment (Record Document 101) are **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 13th day of July, 2020.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT